IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CRIMINAL NO. 05-40033 JPG |
| | ) |
| RYAN STEIN, | ) |
| | ) |
| Defendant. | ) |

**APPLICATION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

Comes now the United States of America, by the United States Attorney, represents and shows:

That there is now confined in the Tri-County Jail, Ullin, Illinois, one **AUTUMN COLE,** in the custody of the Warden thereof, that said prisoner is a necessary, material, and competent witness in the prosecution of the above-entitled case, which is set for jury trial in the United States District Court at Benton, Illinois, on the 15th day of November, 2006, at the hour of 8:00 a.m., and that in order to secure the attendance of said prisoner it is necessary that a Writ of Habeas Corpus ad Testificandum be issued commanding said Warden to produce said prisoner in said Court on the 15th day of November, 2006, at the hour of 8:00 a.m., in order that said prisoner may respond to and answer such questions as may be propounded to him during the course of the jury trial of said case.

WHEREFORE, applicant prays for an order directing the issuance of a Writ of Habeas Corpus ad Testificandum, out of and under the seal of this court, commanding said Warden to have and produce said prisoner in the United States District Court at said date and time, and then and there to present said witness before the Court and from day to day thereafter as may be necessary;

and at the termination of the proceedings to return him to the custody of said Warden.

      DATED: November 14, 2006.

                                  Respectfully submitted,

                                  RANDY G. MASSEY
                                  Acting United States Attorney

                                  s/ Amanda A. Robertson
                                  Amanda A. Robertson
                                  Assistant United States Attorney
                                  402 West Main Street, Suite 2A
                                  Benton, IL 62812
                                  Phone: (618) 439-3808 Ext. 103
                                  Fax: (618) 439-2401
                                  E-mail: amanda.robertson@usdoj.gov