IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**FILED**
NOV 14 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )      CRIMINAL NO. 05-40033 JPG<br>)<br>RYAN STEIN, )<br>)<br>Defendants. ) | |

### ORDER GRANTING APPLICATION FOR
### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The above-entitled cause having come before the Court upon the application of the United States Attorney for an order directing the issuance of a Writ of Habeas Corpus ad Testificandum for the production of AUTUMN COLE in the United States District Court at Benton, Illinois, on the 15th day of November, 2006, at the hour of 8:00 a.m. and continue thereafter until the proceedings are completed.

IT IS SO ORDERED.

DATED this _14th_ day of November, 2006.

_____
J. PHIL GILBERT
United States District Judge