IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,  )  <br> ) <br> Plaintiff,  ) <br> ) <br> vs.  )    CRIMINAL NO. 05-40033 JPG <br> ) <br> RYAN STEIN,  ) <br> ) <br> Defendant.  ) | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

### THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: The Warden, Sheriff or Jailer of the Tri-County Jail, Ullin, Illinois, and to any United States Marshal.

### GREETINGS

We command that you produce and deliver the body of *AUTUMN COLE*, now in your custody before the Honorable J. Phil Gilbert, Judge of the United States District Court, 301 West Main, Benton, Illinois, on the 15th day of November, 2006, at **8:00 a.m.**, in order that said witness may then and there be present for testimony.

The delivery of the body of said *AUTUMN COLE* to the courtroom of said United States District Court, as aforesaid, and then return to you of said witness to your custody when the proceedings are completed shall be deemed sufficient compliance with this writ.

WITNESS the Honorable J. Phil Gilbert, United States Judge for the Southern District of Illinois.

DATED: November /4, 2006

NORBERT G. JAWORSKI
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

By: _____
Deputy Clerk