IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CRIMINAL NO. 05-40033 JPG |
| RYAN STEIN, | ) ) ) |
| Defendants. | ) |

*FILED NOV 14 2006 SOUTHERN, U.S. DISTRICT COURT DISTRICT OF ILLINOIS BENTON OFFICE*

## ORDER GRANTING APPLICATION FOR
## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

The above-entitled cause having come before the Court upon the application of the United States Attorney for an order directing the issuance of a Writ of Habeas Corpus ad Testificandum for the production of RANDY RUNION in the United States District Court at Benton, Illinois, on the 15th day of November, 2006, at the hour of 8:00 a.m. and continue thereafter until the proceedings are completed.

IT IS SO ORDERED.

DATED this 14th day of November, 2006.

_____
J. PHIL GILBERT
United States District Judge