# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **USA,** | ) | |
| | ) | |
| **Plaintiff(s),** | ) | **CASE NO. 05-40033-JPG** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **Ryan J. Stein,** | ) | |
| | ) | |
| **Defendant(s).** | | |

## NOTICE OF APPEAL

At the direction of the Court, notice is hereby given that Ryan J. Stein, defendant above named hereby appeals to the United States Court of Appeals for the Seventh Circuit from the minutes entered in this action on 3/1/07.

Dated:  March 2, 2007

**NORBERT G. JAWORSKI, CLERK**


**BY: S/Deborah Agans, Deputy Clerk**

AP-07
(8-99)